**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In re** | ) |
| | ) **Geneva** |
| **Richard Joesph Merchut;** | ) |
| **Sherrie Lynn Merchut,** | ) **Chapter 13** |
| | ) |
| | ) **Honorable Donald R. Cassling** |
| **Debtor(s).** | ) |
| | ) **11-20432** |

## NOTICE OF FILING

To:     See attached Service List

On August 26, 2015**,** I filed with the Clerk of United States Bankruptcy Court, Northern District of Illinois, via electronic case filing, the attached <u>Response to Mortgage Cure Notice</u>, a copy of which is hereby served upon you.

/s/ Jonathan N. Rogers

## CERTIFICATE OF SERVICE

I, the undersigned attorney certify that on August 26, 2015, I served this notice and attachments to the parties listed, and in such manner, as is indicated on the attached service list.

/s/ Jonathan N. Rogers

Jonathan N. Rogers
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Rd.
Rolling Meadows, IL 60008
(847) 590-8700
6243761

Service List

Service List

**Richard Joesph Merchut**
**Sherrie Lynn Merchut**
803 Navajo Dr
Carpentersville, IL 60110
By First Class Mail, postage prepaid.

**Jason A. Kara**
Geraci Law L.L.C.
55 E Monroe St. Suite #3400
Chicago, IL 60603
Via the Court's ECF/CM electronic filing system.

**Glenn B Stearns**
4343 Commerce Court, Ste 120
Lisle, IL 60532
Via the Court's ECF/CM electronic filing system.